

# CASE ANNOUNCEMENTS
*December 10, 2007*

[Cite as *12/10/2007 Case Announcements*, 2007-Ohio-6531.]

## RECONSIDERATION OF PRIOR DECISIONS

2007-1929.  **Banez v. Banez.**
Stark App. No. 2006CA00216, 2007-Ohio-4584. Reported at 116 Ohio St.3d 1416, 2007-Ohio-6257, 876 N.E.2d 1244. On motion for reconsideration of the dismissal of the cross-appeal. Motion denied.

## MISCELLANEOUS DISMISSALS

2007–1994.  **In re A.C.**
Summit App. No. 23627, 2007-Ohio-5527. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of court of appeals' judgment,

It is ordered by the court that the motion is denied.

Furthermore, it appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due December 3, 2007, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

# CASE ANNOUNCEMENTS
*December 11, 2007*

[Cite as *12/11/2007 Case Announcements*, 2007-Ohio-6573.]

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2007–1757.  **State ex rel. Schlegel v. Stykemain Pontiac Buick GMC, Ltd.**
Franklin App. No. 06AP–1203, 2007-Ohio-4810.